JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TAYLOR AND LIEBERMAN, AN ACCOUNTANCY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. 2:14-cv-03608-RSWL (SHx)<br><br>**JUDGMENT** |

On June 18, 2015, this Court granted the Federal Insurance Company's ("Federal") Motion for Summary Judgment. Based on this order, Judgment is hereby entered as follows:

1.   Plaintiff Taylor and Lieberman ("T&L") shall take nothing by this suit.

2.   Judgment shall be entered in favor of Federal with respect to all of the claims in T&L's Complaint.

/ / /

/ / /

/ / /

JUDGMENT

3. Federal is entitled to an award of costs pursuant to Rule 54 of the Federal Rules of Civil Procedure.

The Clerk shall close this case.

**IT IS SO ORDERED.**

DATED:  June 18, 2015

<u>RONALD S.W. LEW</u>
Hon. Ronald S.W. Lew
Senior U.S. District Judge

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901