UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAYLOR & LIEBERMAN, An Accountancy Corporation,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>FEDERAL INSURANCE COMPANY, a corporation,<br><br>       Defendant - Appellee. | No. 15-56102<br><br>D.C. No. 2:14-cv-03608-RSWL-SH<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered March 09, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

                              By: Craig Westbrooke
                              Deputy Clerk
                              Ninth Circuit Rule 27-7